ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB -4 AM 10: 01
CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| IN RE: PARADISE FARMS, INC., | Bankruptcy No. 12-30111 |
| Debtor. | |
| LISTER W. HARRELL, PARADISE FARMS, INC., and SARALAND LLLP, | **CV 314-147** |
| Plaintiffs, | (Adversary Number in Bankruptcy Court: 14-03013) |
| vs. | |
| TIM VAUGHAN, LYNN SHEFFIELD, DONALD HELMS, and TODD BOUDREAUX, | |
| Defendants. | |

# O R D E R

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE